ADOLF KRAUSHOFER v. MORRIS MILLER.— Motion for reargument and for a stay denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

In the Matter of the Application of LEWIS M. FRANKLIN to Modify the Judgment of Divorce in the Action of FAY D. FRANKLIN v. LEWIS M. FRANKLIN.— Motion for reargument granted as indicated in order. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

RUFUS L. WILBOR v. CHANDLER & COMPANY, INC., and Another.— Motion for reargument denied, with ten dollars costs. Present — Martin, Merrell, O'Malley, Sherman and Townley, JJ.

MISSOURI STATE LIFE INSURANCE COMPANY, a Corporation, v. ADELAIDE M. WEISBROD, Administratrix d. b. n. of the Estate of JACOB H. WEISBROD, Impleaded with HELEN V. CONNOR.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

DONALD J. FLAMM v. CHELSEA BANK AND TRUST COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

THOMAS J. O'BRIEN v. MUNSON STEAMSHIP LINE.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

MARIA SCHISANO v. MARY MANSUETA and Others, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument and for a stay denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

GASPARO OCCHIUTO v. MARY MANSUETA and Others, Impleaded with MARIA SCHISANO.— Motion for leave to appeal to the Court of Appeals or for a reargument and for a stay denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

AMERICAN SURETY COMPANY OF NEW YORK v. EMPIRE TRUST COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument and for a stay denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

ANTONIO PELLINO and Another v. 3232 HULL AVENUE REALTY CORPORATION.— Motion for reargument denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

GEORGE TRACEY v. UNITED STATES TRUCKING CORPORATION, Impleaded with AJAX TRUCKING CO., INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon said defendant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Merrell, Martin, O'Malley and Sherman, JJ.